IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **SERGIO RODRIGUEZ** | : | **No. 13-619-6** |

## ORDER

**AND NOW**, this **8th** day of **September, 2014**, upon consideration of Defendant's Motion to Suppress Physical Evidence, the Government's response thereto, and all supplemental briefing, and following a hearing on Defendant's Motion to Suppress conducted on July 15, 2014, it is hereby **ORDERED** that the motion (Document No. 107) is **GRANTED.**

BY THE COURT:

_____
**Berle M. Schiller, J.**