IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 13-619-06 |
| SERGIO RODRIGUEZ, JR. | : | |

**O R D E R**

AND NOW, this 23 day of Feb, 2015, upon consideration of the Government's Motion to Dismiss Indictment as to Defendant Sergio Rodriguez, it is hereby

ORDERED

that Indictment No. 13-619-06, as it relates to the above-captioned defendant, is dismissed, without prejudice.

BY THE COURT:

_____
HONORABLE BERLE M. SCHILLER
*Judge, United States District Court*